UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL GARCIA-SALBALSA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KIMBERLY A. SEIBEL, Warden,<br><br>　　　　Respondent. | Case No.  15-cv-01624-YGR (PR)<br><br>**JUDGMENT** |

　　　For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

　　　IT IS SO ORDERED.

Dated:  June 3, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge